■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS ZAMBRANO, Appellant. [996 NYS2d 916]—

Order, Supreme Court, New York County (Bonnie G. Wittner, J.), entered on or about September 24, 2012, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure to risk level one (*see People v Gillotti*, 23 NY3d 841 [2014]). There were no mitigating factors that were not adequately taken into account by the guidelines, and the record does not establish any basis for a downward departure. Concur—Tom, J.P., Friedman, Renwick, Manzanet-Daniels and Kapnick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MITCHELL ARTEAGA, Appellant. [996 NYS2d 916]—Judgment, Supreme Court, New York County (Maxwell Wiley, J.), rendered on or about November 7, 2012, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1st Dept 1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Tom, J.P., Friedman, Renwick, Manzanet-Daniels and Kapnick, JJ.